# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M081 | E 2539695 | Brant | 8455 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 03/06/2026 14:22 | 14 USC 13 SEC 9-902 (b) (1) |

Place of Offense
8325 Mapler lane, Fort Meade, MD, 20755

Offense Description: Factual Basis for Charge        HAZMAT ☐
Simple assault

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Visante | Sabrina | Ashley |

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

| Tag No. | State | Year | Make/Model | PASS Car | Color |
|---|---|---|---|---|---|

### APPEARANCE IS REQUIRED
A ☑ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

---

I state that on March 6th, 20 26 while exercising my duties as a law enforcement officer in the Fort Meade District of Maryland

See attached.

The foregoing statement is based upon:
☑ my personal observation     ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/06/2026
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident